

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 13 2011 ★

BROOKLYN OFFICE

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG:SEF
F.#2010R00578

271 Cadman Plaza East
Brooklyn, New York 11201

July 13, 2011

<u>By Hand Delivery</u>

The Honorable Sandra L. Townes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

CR 11   508
TOWNES, J.
BLOOM, M.J.

    Re: <u>United States v. Michael Virtuoso</u>

Dear Judge Townes:

    Pursuant to former Chief Judge Dearie's Administrative Order dated February 27, 2008 ("Administrative Order"), the government hereby certifies to the Court that the above-captioned case is properly related to <u>United States v. Michael Virtuoso, et al.</u>, No. 06 CR 800 (S-2) (SLT) ("<u>Virtuoso I</u>").

    The Administrative Order provides in relevant part:

> [N]otwithstanding any provision of Rule 50.3
> of the Rules for the Division of Business
> Among District Judges, the Clerk of the Court
> is directed to assign all criminal cases
> randomly, unless the United States Attorney
> certifies in writing at the time of filing
> that a case to be assigned satisfies one of
> the three conditions in Rule 50.3(c), or
> involves the same specific conduct that is a
> subject of a pending case.

    The three conditions, under Rule 50.3(c), which allow for automatic relation are:

> (A) a superseding indictment or information
> is filed, or (B) more than one indictment or
> information is filed against the same
> defendant or defendants, or (C) when an

application is filed by a person in custody that relates to a prior action.

This letter constitutes the certification contemplated by the Administrative Order. Relation is appropriate in this case pursuant to the Administrative Order because the defendant, Michael Virtuoso, is charged with violating the terms of his supervised release in <u>Virtuoso I</u>, which thus constitutes a case falling within Rule 50.3(c)(B).

Thank you for your consideration of this matter.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: _____
Margo K. Brodie
Assistant U.S. Attorney
Deputy Chief, Criminal Division
(718) 254-6277

_____
Stephen E. Frank
Assistant U.S. Attorney
(718) 254-6143

cc:  Joseph DiBenedetto, Esq.