

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SEF
F.#2010R00578

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

July 14, 2011

**BY FED EX and ECF**

Joseph DiBenedetto, Esq.
233 Broadway
Suite 2707
New York, NY 10279

       Re:  United States v. Michael Virtuoso
            Criminal Docket No.  11-508 (SLT)

Dear Mr. DiBenedetto:

      Enclosed pursuant to Title 18, United States Code, Section 2518, please find documents bearing Bates numbers 1 - 103, which include copies of the applications, affidavits and court orders relating to Title III recordings in the above-captioned case.  Also enclosed please find a compact disc containing certain of those recordings.  As we have discussed, the government intends to produce additional Title III recordings pursuant to Fed. R. Crim. P. 16.

      If you have any questions or further requests, please do not hesitate to contact me.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York

                    By:  /s Stephen E. Frank
                            Stephen E. Frank
                            Assistant U.S. Attorney
                            (718) 254-6143

Enclosures
cc: Clerk of the Court (SLT) (by ECF)