THE LAW OFFICE OF
## JOSEPH DIBENEDETTO, P.C.
THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2707
NEW YORK, NEW YORK 10279
WWW.DIBENEDETTOLAW.COM

JOSEPH DIBENEDETTO*
*ADMITTED IN NY, NJ & DC

EDWARD S. PANZER
MARIO J. DEROSSI
OF COUNSEL

TELEPHONE: (212) 608-5858

FACSIMILE: (212) 732-5431

October 19, 2011

*VIA E.C.F.*
The Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Michael Virtuoso
           Docket No. 11 CR 508 (SLT)

Dear Judge Townes:

    I am writing to request that the final revocation hearing, currently scheduled for Tuesday, October 25, 2011 at 2:00 P.M. be adjourned until November 7, 2011 or a date and time thereafter that are convenient for the Court.

    Defense counsel and the government are engaged in serious plea discussions which may likely obviate the need for a hearing.

    I have spoken with A.U.S.A. Stephen Frank and he consents to the instant request.

    Therefore, it is respectfully requested that this Court adjourn the final revocation hearing until November 7, 2011, or a date and time thereafter that are convenient for the Court.

                                             Respectfully submitted,

                                             Joseph DiBenedetto