THE LAW OFFICE OF
# JOSEPH DIBENEDETTO, P.C.
THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2707
NEW YORK, NEW YORK 10279
WWW.DIBENEDETTOLAW.COM

JOSEPH DIBENEDETTO*
  *ADMITTED IN NY, NJ & DC

EDWARD S. PANZER
MARIO J. DEROSSI
  OF COUNSEL

TELEPHONE: (212) 608-5858

FACSIMILE: (212) 732-5431

January 19, 2012

**VIA E.C.F.**
The Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           Re:  **United States v. Michael Virtuoso**
                **Docket No. 11 CR 508 (SLT)**

Dear Judge Townes:

    I am writing to request that Mr. Virtuoso's sentencing, currently scheduled for Friday, January 27, 2012 at 10:30 A.M. be rescheduled to any day of the week commencing Monday, February 20, 2012 or on a date and time thereafter that is convenient for the Court.

    The instant adjournment request is sought so that defense counsel can have an adequate opportunity to review the recently filed Presentence Investigation Report, file objections if necessary and prepare a sentencing memorandum. Additionally, defense counsel has a personal matter to attend to on January 27, 2012.

    I have spoken with A.U.S.A. Stephen Frank and he has no objection to the instant request.

    Therefore, it is respectfully requested that this Court adjourn Mr. Virtuoso's sentencing to any day of the week commencing Monday, February 20, 2012 or a date and time thereafter that is convenient for the Court.

JOSEPH DiBENEDETTO, P.C.

Respectfully submitted,

Joseph DiBenedetto

cc: Mr. Stephen Frank,
    Assistant United States Attorney
    (*Via* E.C.F.)